UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



MIKE GINES, INDIVIDUALLY AND ON
BEHALF OF OTHERS SIMILARLY
SITUATED

VERSUS

D.R. HORTON, INC., ET AL

CIVIL ACTION

NO. 08-598-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 2, 2009. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to remand (rec.doc. 8) is denied. Further, the motion to strike or limit use of affidavit of Mike Gines (rec.doc. 21) is denied.

Baton Rouge, Louisiana, June   30  , 2009.


RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA